Prob12B
(7/93)

United States District Court
for the District of Massachusetts

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Annette Gracia          **Case Number:** 17-CR-10301

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** 1/23/18

**Original Offense:** Producing a False Identification Document, in violation of 18 U.S.C. 1028(a)(1).

**Original Sentence:** 12 months custody of the Bureau of Prisons to be followed by 24 months of supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 1/17/19

## PETITIONING THE COURT

[ ] To extend the term of supervision for   years, for a total term of   years
[X] To modify the conditions of supervision as follows:

**The defendant shall reside at a Residential Reentry Center (RRC), preferably the Coolidge House in Boston, MA, for a period of up to three (3) months, or until she can secure housing that has been approved by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.**

## CAUSE

On 4/19/19, the Probation Office filed a Report on Offender Under Supervision (Form 12A) advising the Court of Ms. Gracia's arrest by the Boston Police for Assault and Battery against her teenage daughter on 4/13/19. Ms. Gracia has proclaimed her innocence and accused her estranged husband of exaggerating her disagreement with the child in an attempt to have her arrested. Ms. Gracia claimed her husband had a motive to do so because she had called the police two days prior and had him arrested for allegedly assaulting her.

Although Ms. Gracia opted not to obtain a restraining order against her husband, due to the parties estranged relationship, she agreed it would be in her best interests to relocate to another residence until her criminal case had been resolved. Thereafter, with no other housing options available to her, Ms. Gracia relocated to her husband's grandmother's home in Roxbury. Despite our office approving the residence for supervision, Ms. Gracia abruptly asked to temporarily move to another address last week due to the ongoing conflict involving her husband. She explained that although she heeded the advice of this Officer to sever all contact with her husband, he apparently was calling his grandmother continuously asking that she be evicted. While the grandmother never told her to leave, Mr. Gracia felt the strain amongst the parties was making her living situation untenable so she decided to move to a friend's house who also resides in Roxbury. Unfortunately, because her friend's apartment is located in subsidized housing, she is prohibited by law from staying more than 30 days. Additionally, while Ms. Gracia remains employed, since she is not working regular full-time hours, she does not have the funds to afford her own place.

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

To resolve the issue, our office proposed the above modification to ensure Ms. Gracia has a stable residence after 30 days. In the event Ms. Gracia is able to solidify stable housing in the weeks leading up to her placement, she is aware that she will not have to reside at the Coolidge House. Likewise, if Ms. Gracia secures a stable residence after she arrives at the RRC, the Probation Office will work with her case manager to expedite her discharge from the program. Ms. Gracia has agreed to the modification as evidenced by the signed Form 49. If Your Honor agrees with our recommendation, kindly affix your signature below.

Reviewed/Approved by:

/s/ Lisa Paiva
Lisa Paiva
Supervisory U.S. Probation Officer

Respectfully submitted,

/s/ Patrick Skehill
by Patrick Skehill

U.S. Probation Officer

Date: 7/17/2019

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Honorable Indira Talwani
U.S. District Judge

7/18/2019
Date